# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                        CHAPTER 13 CASE NO:

**GLORIA M CORNELIOUS**                                      **20-12811-JDW**
**439 OLD HUDSONVILLE ROAD**
**HOLLY SPRINGS, MS 38635**

---

## NOTICE TO DEBTOR

---

NOTICE is hereby given that your plan payment will change from **$1,038.00 monthly** to **$1,061.50 monthly** effective in **10/2022**. The previous plan payment of **$ --,---.--** will be due for **00/0000.**

The reason for the changes in your plan payment is:

\_\_\_\_ Due to a change in your monthly mortgage payment.

\_\_\_\_ Due to a claim being filed for a different amount than scheduled.

 _XX_ Due to entry of an order dated 9/1/2022.

\_\_\_\_ Other: _____

**If you are paying by automatic draft**, please be sure there are sufficient funds in your account to satisfy the new payment.

**If you are paying via TFS**, it is your responsibility to update the payment amount via the TFS website.

**If you are paying direct**, please be aware that the Trustee does not accept personal checks. You can remit payments online through https://tfsbillpay.com or mail guaranteed funds, in the form of a cashier's check or money order with your case number & last name in the description line, to:

Locke D. Barkley, Chapter 13 Trustee
P.O. Box 1859
Memphis, TN 38101

Should you have any questions concerning this, please contact your attorney.

Date: September 19, 2022

                                                              Sincerely,

                                                               /s/Locke D. Barkley
                                                               Chapter 13 Trustee

CC:      SCHNELLER AND LOMENICK, P.A.
           PO BOX 417
           HOLLY SPRINGS, MS 38635

## CERTIFICATE OF SERVICE

      I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  September 19, 2022

                                                        /s/ Locke D. Barkley
                                                        LOCKE D. BARKLEY
                                                        CHAPTER 13 TRUSTEE